*MADE JS-6*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **YIGAL KADAR,** | ) | Case No. **CV 11-6782-GW(Ex)** |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **JAGUAR LAND ROVER NORTH** | ) | |
| **AMERICA, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | _____ |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this 8th day of May, 2012

_____
GEORGE H. WU, U.S. District Judge